UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT McBRIDE,                     )     CASE NO. C16-0601 RSM
                                    )
            Plaintiff,              )
                                    )     MINUTE ORDER DIRECTING
      v.                            )     ADDITIONAL FILING OF
                                    )     DOCUMENTATION
NANCY A. BERRYHILL, Acting          )
Commissioner of Social Security,    )
                                    )
            Defendant.              )

      The following MINUTE ORDER is made by direction of the Court, the Honorable

Ricardo S. Martinez, Chief United States District Judge:

      Plaintiff has moved for an award of attorney's fees in this matter, which the government

does not oppose. Dkts. #19 and #20. However, the Supreme Court has specifically held that "a

§ 2412(d) fees award is payable to the litigant" as a prevailing party, rather than to the litigant's

attorney. *Astrue v. Ratliff*, 560 U.S. 586, 589, 130 S.Ct. 2521, 2524 (2010). Because Plaintiff

requests that the attorney fees be paid directly to his counsel (Dkt. #19-3 at 1), a document

authorizing assignment of the fee to Plaintiff's counsel is required. Accordingly, Plaintiff is

required to file the requisite documentation of any fee agreement before the Court will issue an

Order awarding fees.

///

///

MINUTE ORDER
PAGE - 1

DATED this 16th day of August 2017.

WILLIAM McCOOL, Clerk

By:     /s/ Rhonda Stiles
        Deputy Clerk