# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ROBERT MCBRIDE, | )<br>) |
| Plaintiff, | )<br>) Case No. C16-601 RSM |
| v. | )<br>) |
| | ) **ORDER GRANTING** |
| NANCY A. BERRYHILL, | ) **MOTION FOR EQUAL ACCESS** |
| Acting Commissioner of Social | ) **TO JUSTICAE ACT FEES AND COSTS** |
| Security, | ) |
| Defendant. | ) |

This matter is before the Court on the Motion for Equal Access to Justice Act Fees and Expenses. Based on the Equal Access to Justice Act, 28 U.S.C. § 2412, ("EAJA"), Plaintiff's motion, attorney time summary and fee calculation, and the relevant record, it is hereby ORDERED that EAJA attorney's fees of $5,703.34, and expenses of $35.00 shall be awarded to plaintiff.

If it is determined that plaintiff's EAJA fees are not subject to any offset allowed pursuant to the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Alden L. Byrd, based on the plaintiff's assignment of these amounts to plaintiff's attorney, (Dkt. #22). The same procedure applies for any remainder following any offset.

Any check for EAJA fees shall be mailed to plaintiff's counsel, Alden L. Byrd, at Washington

**Order on Motion for EAJA Fees and Costs C16-601 RSM - 1**

**WASHINGTON LAW CENTER, PLLC**
Attorneys at Law
651 Strander Blvd.
Suite 215
Tukwila, WA 98188
(206)596-7888
(206)457-9000/Fax

Law Center PLLC, 651 Strander Blvd., Suite 215, Tukwila, WA 98188.

DATED this 18th day of August, 2017.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:
/s/ Alden L. Byrd
Alden L. Byrd, WSBA#46128
Attorneys for Plaintiff McBride
WASHINGTON LAW CENTER, PLLC
651 Strander Blvd., Suite 215
Tukwila, WA 98188
(206)596-7888
(206)457-9000-Fax
alden@washingtonlawcenter.com

**Order on Motion for EAJA Fees and Costs C16-601 RSM - 2**

**WASHINGTON LAW CENTER, PLLC**
Attorneys at Law
651 Strander Blvd.
Suite 215
Tukwila, WA 98188
(206)596-7888
(206)457-9000/Fax